MAX WARD JACKSON
1311 S JACKSON RD
TERRY, MS 39170

LINCOLN AUTOMOTIVE
ATTN: BANKRUPTCY
P.O. BOX 542000
OMAHA, NE 68154

YARD CARD
P.O. BOX 11956
NEWARK, NJ 07101

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

ADT FLEXFI
450 BRIARWOOD DR
STE 104A
JACKSON, MS 39206

MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
SUITE 500
SAN FRANCISCO, CA 94111

REGIONAL FIN
ATTN: BANKRUPTCY
979 BATEVILLE RD
STE B
GEER, SC 29651

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

SHEFFIELD
ATTN: BANKRUPTCY
PO BOX 25127
WINSTON-SALEM, NC 27114

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

EAGLE EXPRESS FCU
P O BOX 8067
JACKSON, MS 39204

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

KATELYN JACKSON
10155 FREETOWN RD
VICKSBURG, MS 39183

WF BANK NA
ATTN: BANKRUPTCY
P.O.BOX 51193
LOS ANGELES, CA 90051