**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Max Ward Jackson                     Case No. 26-02093-JAW
                                              Chapter 7 Proceedings

**NOTICE OF APPEARANCE**

COMES NOW, Gulfco of Mississippi, LLC d/b/a Tower Loan of Byram, by and through

its attorney, and files this Notice of Appearance in the above styled action.

This the 6th day of August, 2026

                                              /s/ Joseph T. McDaniel
                                              Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Max Ward Jackson
1311 S Jackson Rd
Terry, MS 39170

Eileen N. Shaffer
Chapter 7 Trustee

This the 6th day of August, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176