**Fill in this information to identify your case:**

Debtor 1: Max Ward Jackson
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number (If known): 26-02093

Amended**

Official Form 427

# Cover Sheet for Reaffirmation Agreement

12/15

**Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.**

## Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

1. **Who is the creditor?**
   Sheffield Financial, a division of Truist Bank
   Name of the creditor

2. **How much is the debt?**
   On the date that the bankruptcy case is filed $ 6,169.08
   To be paid under the reaffirmation agreement $ 6,169.08
   $ 272.50 per month for 24 months (if fixed interest rate)

3. **What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**
   Before the bankruptcy case was filed 8.99 %
   Under the reaffirmation agreement 8.99 % ☑ Fixed rate ☐ Adjustable rate

4. **Does collateral secure the debt?**
   ☐ No
   ☑ Yes. Describe the collateral. 2022 Can-Am ATV (600cc and Above)
   Current market value $ N/A

5. **Does the creditor assert that the debt is nondischargeable?**
   ☑ No
   ☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

6. **Using information from *Schedule I: Your Income* (Official Form 106I) and *Schedule J: Your Expenses* (Official Form 106J), fill in the amounts.**

| Income and expenses reported on Schedules I and J | | Income and expenses stated on the reaffirmation agreement | |
|---|---|---|---|
| 6a. Combined monthly income from line 12 of Schedule I | $ 5,227.01 | 6e. Monthly income from all sources after payroll deductions | $ 5,227.01 |
| 6b. Monthly expenses from line 22c of Schedule J | – $ 5,221.34 | 6f. Monthly expenses | – $ 5,221.34 |
| 6c. Monthly payments on all reaffirmed debts not listed on Schedule J | – $ 0.00 | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses | – $ 0.00 |
| 6d. **Scheduled net monthly income** Subtract lines 6b and 6c from 6a. If the total is less than 0, put the number in brackets. | $ 5.67 | 6h. **Present net monthly income** Subtract lines 6f and 6g from 6e. If the total is less than 0, put the number in brackets. | $ 5.67 |



Doc ID: ceb483cdc9053fe26cd832db4817913c7e35fcb7

Debtor 1 Max Ward Jackson — Case Number (if known) 26-02093

First Name / Middle Name / Last Name

| | | |
|---|---|---|
| 7. **Are the income amounts on lines 6a and 6e different?** | ☒ No<br>☐ Yes. | Explain why they are different and complete line 10.______ |
| 8. **Are the expense amounts on lines 6b and 6f different?** | ☒ No<br>☐ Yes. | Explain why they are different and complete line 10.______ |
| 9. **Is the net monthly income in line 6h less than 0?** | ☒ No<br>☐ Yes. | A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses.<br>Complete line 10. |
| 10. **Debtor's certification about lines 7-9**<br><br>If any answer on lines 7-9 is *Yes*, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | | I certify that each explanation on lines 7-9 is true and correct.<br><br>✘ ______ Signature of Debtor 1<br>✘ ______ Signature of Debtor 2 (Spouse Only in a Joint Case) |
| 11. **Did an attorney represent the debtor in negotiating the reaffirmation agreement?** | ☐ No<br>☒ Yes. | Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>☐ No<br>☒ Yes |

**Part 2: Sign Here**

**Whoever fills out this form must sign here.**

**I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement*.**

✘ /s/ Domineshia Darden
Signature

Date 09/17/2026
MM / DD / YYYY

Domineshia Darden
Printed Name

Check one:

☐ Debtor or Debtor's Attorney

☑ Creditor or Creditor's Attorney



Doc ID: ceb483cdc9053fe26cd832db4817913c7e35fcb7

Form 2400A (12/15)

Check one.
❒ Presumption of Undue Hardship
☒ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

Southern **District of** Mississippi

In re Max Ward Jackson,
*Debtor*

Case No. 26-02093

Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** Sheffield Financial, a division of Truist Bank

❒ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: installment loan
*For example, auto loan*

B. ***AMOUNT REAFFIRMED***: $ 6,169.08

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before August 14 ,2026 , which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V.C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is 8.99 %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate ❒ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☑ $ 272.50 per month for 24 months starting on 07/19/2026.

❒ Describe repayment terms, including whether future payment amount(s) may be different from the initially payment amount. This is a simple interest loan. Continuing payments will be the same amount. However, the final payment may be more or less than the normal monthly payment amount depending on the timeliness of future payments paid.

E. Describe the collateral, if any, securing the debt:

Description: 2022 Can-Am ATV (600cc and Above)
Current Market Value $ N/A NADA Clean Retail Value

F. Did the debt that is being reaffirming arise from the purchase of the collateral described above?

☑ Yes What was the purchase price for the collateral? $ 15,101.71

❒ No What was the amount of the original loan? $ ______

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

| | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 6,169.08 | $ 6,169.08 |
| Annual Percentage Rate | 8.99 % | 8.99 % |
| Monthly Payment | $ 272.50 | $ 272.50 |

H. ❒ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit: ______

## PART II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one. ☑ Yes ❒ No

B. Is the creditor a credit union?

Check one. ❒ Yes ☑ No

C. If your answer to EITHER question A. or B. above is "No" complete 1. and 2. below.

1. Your present monthly income and expenses are:

| | |
|---|---|
| a. Monthly income from all sources after payroll deductions (take-home pay plus any other income) | $ 5,227.01 |
| b. Monthly expenses (including all reaffirmed debts except this one) | $ 4,948.84 |
| c. Amount available to pay this reaffirmed debt (subtract b. from a.) | $ 278.17 |
| d. Amount of monthly payment required for this reaffirmed debt | $ 272.50 |

*If the monthly payment on this reaffirmed debt (line d.)* ***is greater than*** *the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

Check one of the two statements below, if applicable:

_ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☒ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

The debtor will reduce expenses

Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

❒ You believe this reaffirmation agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 09 / 16 / 2026 Signature Max ward Jackson
*Debtor*

Date ____________ Signature ______________________________
*Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor**:

Creditor Sheffield Financial, a division of Truist Bank PO Box 1847 Wilson, NC 27894-1847
*Print Name* *Address*

Domineshia Darden /s/ Domineshia Darden 09/17/2026
*Print Name of Representative* *Signature* *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

❐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 09-16-2026 Signature of Debtor's Attorney /s/ Thomas C. Rollins, Jr.

Print Name of Debtor's Attorney Thomas Carl Rollins, Jr

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A. DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A ‘‘lien’’ is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this reaffirmation agreement be effective?**

a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B. INSTRUCTIONS

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form 2400B to do this.

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part 1, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. "**Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

B2400B (Form B2400B) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern **District of** Mississippi

In re Max Ward Jackson,
*Debtor*

Case No. 26-02093

Chapter 7

**MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT**

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B2400A, Reaffirmation Documents)

Signed: ______________________________
*(Debtor)*

______________________________
*(Joint Debtor, if any)*

Date: __________________

**B2400C ALT (Form 2400C ALT) (12/15)**

# United States Bankruptcy Court

Southern District of Mississippi

In re Max Ward Jackson,
Debtor

Case No. 26-02093
Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) Max Ward Jacks has (have) filed a motion for approval of
(Name(s) of debtor(s))
the reaffirmation agreement dated ____________________ made between the debtor(s) and
(Date of agreement)
Sheffield Financial, a division of Truist Bank. The court held the hearing required by 11 U.S.C. § 524(d)
(Name of creditor)
on notice to the debtor(s) and the creditor on ____________________.
(Date)

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: ____________________

______________________________
*United States Bankruptcy Judge*

**SHEFFIELD FINANCIAL**
**A Division of Truist Bank**
**P.O. Box 25127, Winston-Salem, NC 27114**
**This is a consumer credit transaction.**

*Date:* June 04, 2022

NOTE & SECURITY AGREEMENT ("Contract") - Consumer
BORROWER'S NAME AND ADDRESS:
MAX W JACKSON
1311 SOUTH JACKSON ROAD
TERRY, MS 39170

1. **PROMISE TO PAY.** Borrower (which collectively means all Borrowers jointly and severally) promises to pay to the order of Sheffield Financial, a division of Truist Bank ("Sheffield") the principal amount equal to the sum of Amount Financed shown below plus the Total Prepaid Finance Charges shown below (collectively, the "Principal"), plus interest on the unpaid Principal at the daily simple interest rate of 8.99 % per annum ("Interest"). Borrower also agrees to pay when they become due any Late Fees and other fees, charges, and costs as provided in this Contract. Borrower promises to make payments in accordance with the "Payment Schedule" shown below in U.S. Dollars. Borrower promises to make payments on or before the same day each month as the first payment due date shown in the Payment Schedule below. Interest shall begin to accrue on 6/4/2022 and continue to accrue at the aforementioned rate until the unpaid balance of the Principal has been paid in full. After demand or maturity (whether by default or otherwise), as applicable, interest on any unpaid balance hereof shall be payable on demand at the rate indicated above until Sheffield has received payment in full.

2. **COLLATERAL DESCRIPTION.** Sheffield is extending this loan to purchase the property described below and more specifically described in the Bill of Sale or invoice evidencing the sale of the property to Borrower, which Bill of Sale and/or invoice are incorporated herein by reference thereto (the "Property").

| Model Year | Manufacturer | Model | Serial Number or VIN |
|---|---|---|---|
| 2022 | BRP | 2JNF | 16,370.71 |
| | | | |
| | | | |
| | | | |

**TRUTH-IN-LENDING DISCLOSURES**

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.99 % | $ 4,517.70 | $ 15,101.71 | $ 19,619.41 |

**PAYMENT SCHEDULE**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 71 | $ 272.50 | Monthly beginning: 07/09/2022 | 1 | $ 271.91 | Monthly beginning: 06/09/2028 |

☐ **IF THIS BLOCK IS CHECKED SEE ATTACHED SCHEDULE A.**

**Late Fee.** If a payment is not paid on or before the 15th day after it is due, for loans where original Principal amount is less than $1500, Borrower may be charged 4% of amount of the payment past due; for loans where original Principal amount is $1500 or more, Borrower may be charged the greater of $35.00 or 4% of the amount of payment past due.

**Prepayment.** You may prepay all or any portion of your debt under this Contract at any time without incurring a prepayment penalty, but you will not be entitled to a refund of the Total Prepaid Finance Charges.

**Security Interest.** You are giving a security interest in the Property being purchased.

**Additional Information:** See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

**ITEMIZATION OF AMOUNT FINANCED**

The Amount Financed of $ 15,101.71 is distributed as follows:

$ 15,086.71 Amount paid on your account.

Amount paid to others on your behalf:
- $ 15.00 Public Officials
- $ 0.00 Insurance Companies for Property Insurance*
- $ 0.00 Extended Warranty or Breakdown Insurance*
- $ 0.00 Other*

Prepaid Finance Charges:
- $ 0.00 Loan Origination Fee*
- $ 0.00 Other*
- $ 0.00 Total Prepaid Finance Charges*

*Sheffield may be retaining a portion of this amount.

**The undersigned Borrower(s) agrees to the terms hereof and acknowledges (1) before signing, Borrower received a complete copy of all pages of this Contract to keep which were completely filled in before signing, (2) having thoroughly read and understood all sections, and (3) that all Property offered as security has been received by Borrower.**

In the event that any Borrower has not received any proceeds under this Contract, has not received title to the Property or is otherwise deemed to be a guarantor under state or federal law, the parties agree that such Borrower shall be deemed a cosigner of this Contract.

**CAUTION- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.**

**Witnessed by:**

[signature] (SEAL)
Authorized Dealer Representative

Max Jackson (SEAL)
Borrower #1

_______________________ (SEAL)
Borrower #2 and/or Cosigner



Scanned with CamScanner

# CERTIFICATE OF TITLE

[redacted]

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3JBLKAU41NJ001161 | CANA | 2022 | OUTLANDER | AT | MS0236065024 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 07/18/2022 | 06/04/2022 | 2 | NEW | AT | EXEMPT |

**OWNER(S)**

JACKSON, MAX WARD
1311 S JACKSON RD
TERRY MS 39170-7247

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**

SHEFFIELD FINANCIAL ADO BB&T
P O BOX 1704
CLEMMONS NC 27012

**DATE:** 06/04/2022

**2ND LIENHOLDER**

**DATE:**

**MAIL TO**

SHEFFIELD FINANCIAL ADO BB&T
P O BOX 1704
CLEMMONS NC 27012

TO

[redacted]

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN ____ (LIENHOLDER) BY ____ (SIGNATURE AND TITLE)

THIS ____ DAY OF ____

[redacted]

2ND LIEN ____ (LIENHOLDER) BY ____ (SIGNATURE AND TITLE)

THIS ____ DAY OF ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 18TH DAY OF JULY 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section [redacted] subject to the provisions thereof.

CONTROL NUMBER

[redacted]

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED